# SEALED

| | |
|---|---|
| 1 | DANIEL G. BOGDEN |
| | United States Attorney |
| 2 | PHILLIP N. SMITH, JR. |
| | Assistant United States Attorney |
| 3 | 333 Las Vegas Blvd South, Suite 5000 |
| | Las Vegas, Nevada 89101 |
| 4 | (702) 388-6336 |
| | Attorneys for Plaintiff |

2012 JUL 10 A 9:32

DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | ) 2:12-cr-0186-JCM-CWH |
|---|---|
| PLAINTIFF, | ) GOVERNMENT'S MOTION TO UNSEAL |
| VS. | ) CASE |
| JONTUE MACK, | ) |
| DEFENDANT. | ) |

COMES NOW the United States of America, by and through its attorneys, DANIEL G. BOGDEN, United States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, and respectfully moves this Court for an Order to **UNSEAL** the Criminal Indictment (Docket #1) and all subsequent and further proceedings in the above-captioned case.

DATED this 10th day of July, 2012.

DANIEL G. BOGDEN
UNITED STATES ATTORNEY

PHILLIP N. SMITH, JR.
Assistant United States Attorney

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-0186-JCM-CWH |
| PLAINTIFF, | ORDER TO UNSEAL CASE |
| VS. | |
| JONTUE MACK, | |
| DEFENDANT. | |

## ORDER TO UNSEAL CASE

Based on the Motion of the Government, and good cause appearing therefore, IT IS **HEREBY ORDERED** that the Indictment filed on May 29, 2012 in the above-captioned case, along with all subsequent and further proceedings, shall be unsealed.

DATED this 12th day of July, 2012.

UNITED STATES MAGISTRATE JUDGE

2